

# NUMBER 13-19-00324-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**WILLIAM STIRLING PICK,**                                                                 **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                                                 **APPELLEE.**

### On Appeal from the 24th District Court
### of Calhoun County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Order Per Curiam**

Currently pending before the Court is appellant's pro se motion for access to the appellate record. Appellant's counsel has filed an *Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief. *See Anders v. California*, 386 U.S. 738, 744 (1967). Accordingly, we GRANT appellant's motion and it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully

examine the appellate record on or before the expiration of thirty days from the date of this order, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this the
11th day of September, 2019.